FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 26 2019 ★
LONG ISLAND OFFICE

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CR 19 192**

**HURLEY, J.**

**SHIELDS, M.J.**

1. Title of Case: **United States v. Edward Hansen**
2. Related Magistrate Docket Number(s):
   None (X)
3. Arrest Date: N/A
4. Nature of offense(s):  ☒ Felony
   ☐ Misdemeanor
5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): **None**
6. Projected Length of Trial: Less than 6 weeks (X)
   More than 6 weeks ( )
7. County in which crime was allegedly committed: **SUFFOLK**
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)
8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ( ) Yes  (X) No
9. Has this indictment/information been ordered sealed?   ( ) Yes  (X) No
10. Have arrest warrants been ordered?   ( ) Yes  (X) No
11. Capital count included?   ( ) Yes  (X) No

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

By: *Abigail Chingos*
Abigail Chingos
Jeff Bender
Tax Division Trial Attorneys
(202) 305-4077

Rev. 10/04/12

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.